[No. 42553-6-I.   Division One.   July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CHARLES BROCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07390-0, Richard A. Jones, J., entered April 13, 1999. *Reversed* by unpublished per curiam opinion.

[No. 42724-5-I.   Division One.   July 19, 1999.]

PATRICIA KEMP, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-12330-7, J. Kathleen Learned, J., entered April 29, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Appelwick, J.

[No. 42794-6-I.   Division One.   July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL E. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09455-7, Sharon S. Armstrong, J., entered March 23, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42834-9-I.   Division One.   July 19, 1999.]

WARREN E. DEWEY, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-29308-3, George T. Mattson, J., entered May 12, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.